IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-02458-WDM-BNB

CYNTHIA DARLING and
CAROLYN THORNTON,

    Plaintiffs,

v.

HOME DEPOT, INC.,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiffs' Motion for Leave to File Conventionally, filed November 29, 2007 is granted.

Dated: December 3, 2007

                              s/ Kathy Preuitt-Parks, Deputy Clerk