IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.  06-cv-02458-WDM-BNB

CYNTHIA DARLING and
CAROLYN THORNTON,

      Plaintiffs,

v.

HOME DEPOT, INC.,

      Defendant.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The following minute order is entered by Judge Walker D. Miller:

      Plaintiffs' Motion for Leave to Revise and Resubmit Plaintiffs' Response to Defendant's Motion for Summary Judgment (Doc #41), filed December 6, 2007 is granted.

Dated:  December 7, 2007

                      s/ Kathy Preuitt-Parks, Deputy Clerk