IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02458-WDM-BNB

CYNTHIA DARLING, and
CAROLYN THORNTON,

Plaintiffs,

v.

HOME DEPOT, INC.,

Defendant.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to a telephone call from the plaintiff's counsel and the filing of the **Notice of Settlement and Motion to Vacate Pretrial Conference Scheduled February 5, 2008** [docket no. 58, filed 2/4/08], it has come to the attention of the Court that this matter has been resolved.

IT IS ORDERED that the MOTION IS GRANTED, and the Pretrial Conference set for February 5, 2008, is **VACATED**.

IT IS FURTHER ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **March 4, 2008**, or a status report addressing why dismissal has not been accomplished.


DATED: February 4, 2008